**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

------------------------------------------------------- X
MICHELLE TENZER-FUCHS, on behalf of
herself and all others similarly situated,

        Plaintiff,

v.

LILY SILK BEDDING, INC.,

        Defendant.
------------------------------------------------------- X

**FILED**
**CLERK**
11:36 am, Jul 16, 2021
**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

Civil Action No. 2:21-cv-01338-JS-ARL

**STIPULATION OF DISMISSAL**
**WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Michelle Tenzer-Fuchs ("Plaintiff") and Defendant Lily Silk Bedding, Inc. ("Defendant"), by and through Plaintiff's undersigned counsel and Defendant's undersigned counsel, hereby stipulate and agree that this action shall be DISMISSED WITH PREJUDICE. Each party shall bear its own costs, expenses, and attorney's fees.

Dated: Forest Hills, New York
        July 15, 2021

| **SAMUEL & STEIN** | **SHALOM LAW, PLLC** |
|---|---|
| By _/s/David Stein_____<br>  David Stein<br>  1441 Broadway, Suite 6085<br>  New York, New York 10018<br>  Telephone: 212-563-9884<br><br>  *Attorneys for Defendant*<br>  *Lily Silk Bedding, Inc.* | By___/s/Jonathan Shalom_____<br>  Jonathan Shalom<br>  105-13 Metropolitan Avenue<br>  Forest Hills, NY 11375<br>  Telephone: (718) 971-9474<br><br>  *Attorneys for Plaintiff*<br>  *Michelle Tenzer-Fuchs* |

```
The Clerk of the Court is
respectfully directed to
mark this case CLOSED.


Dated: July 16, 2021
       Central Islip, New York
```

SO ORDERED.

/s/ JOANNA SEYBERT_____
Joanna Seybert, U.S.D.J.